MICHELE BECKWITH
Acting United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:       dean.carter@usdoj.gov
Telephone:    (916) 554-2781
Facsimile:    (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

COLDEN SCHNEIDER,

                Plaintiff,

                v.

UNITED STATES OF AMERICA, and DOES 1-10, inclusive,

                Defendants.

Case No. 2:24-CV-02573-TLN-CKD

**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Good cause having been shown,

IT IS HEREBY ORDERED that the United States shall have until, and including, March 25, 2025, to file a response to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated: February 3, 2025

_____
Troy L. Nunley
Chief United States District Judge