PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:       dean.carter@usdoj.gov
Telephone:   (916) 554-2781
Facsimile:   (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDEN SCHNEIDER,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, inclusive,<br><br>      Defendants. | No. 2:24-CV-02573-TLN-CKD<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER** |

  Pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties move to amend the scheduling order issued by the Court. ECF No. 3.

  GOOD CAUSE HAVING BEEN SHOWN, the Court hereby amends the scheduling order (ECF No. 3) and sets the deadlines in this case as follows:

| Event | Date |
|---|---|
| Initial Disclosures | July 21, 2025 |
| Fact discovery cut-off | July 3, 2026 |
| Initial expert disclosures | August 28, 2026 |
| Rebuttal expert disclosures | October 9, 2026 |
| Dispositive motion deadline | November 6, 2026 |
| Joint notice of trial readiness | January 4, 2027 |

DATED: June 17, 2025

_____
HONORABLE TROY L. NUNLEY
United States District Court Judge